NO. 07-03-0223-CV



IN THE COURT OF APPEALS



FOR THE SEVENTH DISTRICT OF TEXAS



AT AMARILLO



PANEL D



AUGUST 12, 2003



______________________________



ED CAIN, HARDIN COUNTY SHERIFF AND


DAVID A. SHEFFIELD, COUNTY ATTORNEY, APPELLANTS



V.



KEVIN WILSON, APPELLEE



_________________________________



FROM THE 356TH DISTRICT COURT OF HARDIN COUNTY;



NO. 42,906; HONORABLE BRITT PLUNK, JUDGE



_______________________________



Before QUINN and REAVIS and CAMPBELL, JJ.

MEMORANDUM OPINION


 Ed Cain and David Sheffield, appellants, appeal the trial court's order denying their
plea to its jurisdiction. We must dismiss the appeal. 

 Appellants' brief was due June 30, 2003. By letter dated July 9, 2003, we notified
appellants that the due date for the brief had passed, and that we had received neither
their brief nor a motion for extension of time to file it. Citing Tex. R. App. Proc. 38.8, the
letter also notified appellants that the appeal would be subject to dismissal unless a
response reasonably explaining their failure to file a brief, together with a showing that the
appellee has not been significantly injured by the failure, was submitted by July 22, 2003.
Appellants have not filed such a response, nor have they since submitted a brief or a
motion for extension of time. 

 Accordingly, having given all parties more than the required ten days' notice, we
dismiss the appeal. Tex. R. App. Proc. 38.8(a)(1); 42.3(b).



 James T. Campbell

 Justice





STYLE="font-family: Arial" STYLE="font-size: 10pt">John T. Boyd, Chief Justice (Ret.), Seventh Court of Appeals, sitting by assignment. Tex. Gov't Code
Ann. §75.002(a)(1) (Vernon Supp. 2002).